IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, | ) ) ) | Case No. 10-13528 Chapter 11 |
| DEBTOR. | ) ) ) ) | |

| | | |
|---|---|---|
| MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | ) ) ) ) | Adversary No. 11-01020 |
| Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN; REPUBLIC BANK & TRUST; KATHERYN A. MATERA; THOMAS J. MATERA; T. MATERA & ASSOCIATES; ALLEN L. SCHROEDER; PATRICIA SCHROEDER; LIBERTY FUNDRAISING SALES, INC.; PAMELA EPSTEIN; | ) ) ) ) ) ) ) ) | |

JEFFREY EPSTEIN; CERAMIC )
TECHNOLOGIES, INC.; JOHN M. )
SANTAROSSA; ROBERT V. )
SANTAROSSA; DAVID M. )
SANTAROSSA; RICHARD L. COLLIS; )
PAUL DAVID SAYLOR; LEWIS L. )
CARRARO; SANTAROSSA MOSAIC & )
TILE COMPANY, INC.; LAURA J. )
MASSEY; ROBERT J. MASSEY, JR.; )
PAUL JULIE M. NUDLER; MASSEY'S )
PLATE GLASS & ALUMINUM, INC.; )
CAROLYN WALLACE GREEN; )
ROBERT L. WALLACE; BIRTHGROUP )
TECHNOLOGIES, INC.; KAREN P. )
ZIGMONT; RANDALL E. ZIGMONT; )
BERNADETTE M. KOHUT; FRANCA D. )
ADAMS; AMERICAN LECITHIN, CO.; )
JAMES FREDERICK DIEGO; JOHN E. )
DIEGO; DIEGO BROS, INC.; ROSALIND )
D. TRIPLETT; MARVIN TRIPLETT; )
CIMARRON SOFTWARE SERVICES, )
INC.; TIM STARR; MARY L. STARR; )
STARR GROUP; REGAN D. WOOD; )
TILMAN DEAN WOOD; DANIEL B. )
LOCKWOOD; NEW TECH )
ENGINEERING; RICHARD O. PINNER; )
RICHARD L. PINNER; PINNER WIRE & )
CABLE; RAZVANC MIRZA; )
CATHERINE M. BAER-MIRZA; FHN )
FAMILY DENTAL CARE; TIMOTHY L. )
O'ROURKE; PAMELA A. O'ROURKE; )
ICON INFORMATION ASSOCIATES; )
KIMBERLY W. COWAN; LARRY B. )
COWAN; GLENVIEW PROFESSIONAL )
PHARMACY; MARVIN B. HILLS; )
CAROL MAE HILLS; ASSURED )
ASSOCIATES, LTD.; CHARLES M. )
CARTER; DONALD R. CARTER; )
BONNIE L. CARTER; CARTER )
AEROSPACE MANUFACTURING )
COMPANY; BARBARA J. ASHLEY; )
WILLIAM KENT OBERMAN; MICHAEL )
KORT, M.D.; TOOTHZONE LLC; )
JEFFREY T. HALEY; CORNERSTONE )
PARTNERS; DAVID BENDER; AIR 1 )
WIRELESS INC.; MICHAEL D. )

PETERSON; PARKER FAMILY DENTAL )
CENTER; DAVID J. LOYOLA, M.D.; )
GERALD R. HARRINGTON, JR.; )
SUTTERS MEDICAL GROUP; FRED )
STEINBERG; CONSTANCE FIELDS; )
EVEN DUNLOP; THOMAS )
GLUCKMAN; CAVIN C. HORNE; )
ROBEL TESTERS, INC.; KENNETH W. )
WILSON; K & A PHARMACIST; )
PATRICIA DELGADO; CD )
INVESTIGATIONS, INC.; FRANCIS G. )
COUGHLIN; CALVERT WIRE & CABLE )
CORPORATION; KYLE COUCH; )
CHARLES L. CARLSON; COMPEWARE )
TECHNOLOGY ASSOCIATES, INC.; )
ANTHONY MARCHESE; MONARCH )
HOLDINGS, LLC; STUART B. MARKS; )
MARCOR ASSOC. LTD.; THOMAS J. )
HYNES; TJ HYNES P.C.; JOHN K. )
GOYAK; JOHN GOYAK & )
ASSOCIATES; MAREK ANDREW )
STAWISKI; CENTER OF WESTERN )
MICHIGAN LLC; LIANA STAWISKI; )
SCOTT R. TALLEY; PELCO PRODUCTS, )
INC.; PSORIASIS & ECZEMA )
INSTITUTE; N.Y. MONROE; )
MONTGOMERY LIGHTING SERVICE, )
INC.; EDWARD J. FORTIN; FORTIN )
ELECTRIC COMPANY; EDWARD R. )
PETRUCCI; PETCO INSULATION, INC.; )
CHARLES E. CURTIS; PAUL EVERTS )
RV, INC.; BERNADETTE M. KOHUT; )
FRANCA D. ADAMS; KAREN P. )
ZIGMONT; RANDALL E. ZIGMONT; )
AMERICAN LECITHIN COMPANY; )
HAROLD HAUBEN; HBH GENERAL )
CONTRACTORS; ROBERT T. HIRT; )
RESIDENTIAL PACIFIC MORTGAGE; )
RICHARD HART; RICHARD HART, )
M.D., INC.; MAUREEN ANNE LARSON; )
GEORGE W. PASHA IV; JOHN )
HARTNEY PASHA; GLENN )
YAMAGUCHI; THE PASHA GROUP, )
INC.; GERALD J. WIERZBA; HALES )
CORNERS FLOOR COVERINGS, INC.; )
LOIS E. PETERS; AT HOME PEDIATRIC )

3

NURSING; ALFRED G. SCHEID; )
SCHEID VINEYARDS, INC.; CANDACE )
BANDOIN; PROTECT ALL, INC.; )
MICHAREL R. PASHA; CANAL )
COMMUNITY ALLIANCE; FRANK )
KLAGMANN; FPK, INC.; PATRICK F. )
SWEENEY; SWEENEY DENTAL LLC; )
SHEENA A. BABBINI; MARY K. )
VANDENBROEK; RUSSIAN RIVER )
WINE COMPANY; STUART MICHAEL )
NOSTRANT; RANDY V. HYATT; SNS )
INTERNATIONAL; SONJA L. VUKASIN; )
PEERLESS COFFEE COMPANY, INC.; )
GLAFIRD E. MONSTEMAYOR III; )
GLAFIRD E. MONSTEMAYOR III E. )
HISTOS, LLC; ARTHUR REESE )
BROWN; LIBERTY MEDICAL & )
SURGICAL CLINIC; GERALD BISHOP; )
AFMS LLC; DAVID M. GILMOUR; )
PARADISE FOODS; VALENTINA BAY; )
WIRA KROT; GILBERT )
SCHORLEMMER; RACHEL D. GOLD; )
GILBERT R. SCHORLEMMER, INC.; )
RICKY JAMES MARTELLARO; OLAV )
LYSSAND; LATHROP )
CONSTRUCTION; ROBY GLUCKMAN; )
FOWNES BROTHERS & CO., INC.; )
DEAN MICHAEL BURKE; HOUSTON )
GROUNDS; DENNIS W. HUSFIELD; )
HUSFIELD HOMES, INC.; DEBORAH )
FRIEDRICH; WESTAFF – FRIEDRICH )
BUSINESS GROUP; JOHN E. LUEDTKE; )
APRIL I. LUEDTKE; LUEDTKE )
PLUMBING, INC.; KEITH G. ANHALT; )
RENE ANHALT; R&K DAIRY QUEEN; )
FRANCIS J. GAREY; MICHAEL G. )
MANSKE; JAMES M. SOYKA; RACINE )
EMERGENCY PHYSICIANS; JOHN )
SHERRINGTON; SHERRINGTON, INC.; )
LARRY A. CRESS; NEW TECH )
MANAGEMENT; AMER AL- )
KARADSHEH; THE ENDOCRINE )
CENTER; LOUIS WALTER LIND; )
CIMARRON SOFTWARE; CARLOS J. )
BARILLAS, JR.; GREGORY A. )
SCHMIDT; TEXAS ENGINEERING & )

4

MAPPING; STEVEN WIER; WIER )
ENGINEERS; JAMES DAVID FRITH; )
SAMUEL J. KING; INSURE POINTE OF )
TEXAS, INC.; JASPER V. STEPHENSON, )
JR.; SUSAN A. MCCULLOCH; CHARLES )
H. COLBERT; JUDY G. BRASWELL; )
BRASWELL & ASSOCIATES; RAPHAEL )
P. ZOPPO, JR.; ZOPPO CONSTRUCTION, )
INC.; THOMAS D. HANLIN; HANLIN )
ASSOCIATES; CHARLES J. MONIER; )
CHARLES J. MONIER, M.D., LLC; )
DANIEL C. FUCHSHUBER; DANIEL )
DRUG; KAREN M. LERNER; BLUE )
CHIP MANUFACTURING; JOY LYNN )
STEWART; M TECH ENTERPRISES, )
INC.; DAVID MARK LEVY; JOHN F. )
VAN DEPOEL, JR.; VAN DEPOEL & )
LEVY; WALTER A. MEDSGER; CRAIG )
O. STRAUSS; JAMES R. POLK, SR.; )
JEFFREY ROSS CUMMINS; NEW TECH )
ENGINEERING; MICHAEL G. )
WELMAN; WELMAN PRODUCTS, INC.; )
ROXANNE L. EVANS; WELMAN )
ARCHITECTS; JEFFREY ALAN )
DUNHAM; DUNHAM & ASSOCIATES; )
DAVID M. VEISEH; SIMON MELHEM; )
UTILITY CHOICE; MARIANNE )
GEIGER; CLARK-GEIGER LLC; )
GREGORY WORTHINGTON GALE; )
NINI COLLECTION; VANESSA A. )
WILEY; SHIRLEY T. BROWNLOW; )
SALPI VARTIVARIAN; METRO ID )
ASSOCIATES; STUART J. LERNER; )
BLUE CHIP MANUFACTURING CORP.; )
DAVID BENDER; NEXTEL – AIR 1 )
WIRELESS, INC.; AND DARLENE )
WILSON, )
)

Counterclaim Defendants.

**JOINT AGREED APPLICATION
TO ABATE CERTAIN DEADLINES ON TURNOVER PROCEEDING**

Pursuant to FED.R.BANKR.P. 9006, American General Life Insurance Company (**"AGL"**) and the United States Life Insurance Company in the City of New York ("**US Life**") (together, "**American General**" or "**Defendants**") and Debtor The Millennium Multiple Employer Welfare Benefit Plan ("Debtor") jointly move for entry of an Order abating certain deadlines established in the Agreed Order on Turnover Proceeding Scheduling entered in Debtor's chapter 11 bankruptcy proceeding, Case No. 10-13528, on February 7, 2011 [Dkt. No. 894] (the "Scheduling Order"). In support, American General and Debtor state as follows:

1.      On January 18, 2011, Debtor filed its Motion to Require Turnover of the Cash Value of Insurance Policies [Dkt. No. 826, as corrected] (the "Motion for Turnover").

2.      On January 24, 2011, American General filed its Emergency Motion to Strike the Motion for Turnover [Dkt. No. 850] (the "Motion to Strike").

3.      On January 28, 2011, Debtor filed its Response to the Motion to Strike.

4.      By Order entered January 28, 2011, a hearing on the Motion to Strike was set and conducted on February 4, 2011.

5.      On February 7, 2011, the Scheduling Order was entered (having been previously agreed to by the parties).

6.      The Scheduling Order sets various deadlines related to the Motion for Turnover and other proceedings related to Debtor's request for turnover.

7.      Pursuant to the Scheduling Order, on February 4, 2011, Debtor commenced Adversary Proceeding No. 11-01020, seeking turnover of the cash value of the insurance policies.

8.      Under the Scheduling Order, the following deadlines remain,

March 25, 2011                          Motions for Summary Judgment must be filed

6

| | |
|---|---|
| April 1, 2011 | Responses to Motions for Summary Judgment must be filed |
| April 7, 2011 | Hearing on Motions for Summary Judgment |
| April 18, 2011 | Joint Pre-Trial Order to be submitted |
| April 27, 2011 | Trial on any issues not resolved by motion |

9.     The parties have reached an agreement on certain material issues related to the Debtor's proposed First Amended Chapter 11 Plan of Liquidation and issues related to interim funding.  Abatement of this adversary proceeding is part of the agreement.

10.     Accordingly, American General and Debtor request entry of an Order abating all remaining deadlines in the Scheduling Order, identified *supra* at Paragraph 8, until such time as either American General or Debtor request entry of an amended scheduling order.

11.     This is the first request for extension of time under the Scheduling Order.

12.     A proposed Order is submitted herewith.

WHEREFORE, American General and Debtor respectfully request entry of an Order and Debtor request entry of an Order abating all remaining deadlines in the Scheduling Order, identified *supra* at Paragraph 8, until such time as either American General or Debtor request entry of an amended scheduling order and granting all other relief this Court deems necessary and just.

Respectfully submitted,

/s/ *William H. Hoch*
William H. Hoch, OBA # 15788
CROWE & DUNLEVY
20 North Broadway, Suite 1800
Oklahoma City, OK  73102
405-235-7700
(FAX) 239-6651
and

7

Robert B. Millner
Christopher D. Soper
SNR Denton US LLP
233 S. Wacker Dr., Suite 7800
Chicago, IL  60606-6404
312-876-8000
(FAX) 312-876-7934

and

Stephen C. Jackson
Lee E. Bains, Jr.
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL  35203
205-254-1037
(FAX) 205-714-6337

**ATTORNEYS FOR AMERICAN GENERAL
LIFE INSURANCE  COMPANY AND THE
UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK**


/s/ *G. Blaine Schwabe*
*Signed by filing attorney with permission
of attorney*
G. Blaine Schwabe, OBA No. 8001
Mock, Schwabe, Waldo, Elder, Reeves &
Bryant LLC
Fourteenth Floor
Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone (405) 235-1110
Facsimile (405) 235-0333
GSchwabe@mswerb.com

**ATTORNEY FOR DEBTOR**

8

## CERTIFICATE OF SERVICE

I certify that the above-referenced document was served via the Court's Electronic Mailing System on the 24th day of March, 2011, as follows:

Regan Strickland Beatty on behalf of Creditor American General Life Insurance Company
beattyr@crowedunlevy.com, donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

Elizabeth Berke-Dreyfuss on behalf of Creditor The Pasha Group
edreyfuss@wendel.com, pjoakimson@wendel.com

Brandon C Bickle on behalf of Creditor A&S Masonry, Inc. d/b/a D&R Masonry
bbickle@gablelaw.com, scollins@gablelaw.com

Jason B Binford on behalf of Creditor Aviva USA Corp.
jbinford@krcl.com, ECF@krcl.com

Julie Brower on behalf of Creditor Milliman Inc.
jbrower@klinefirm.org, klinefirm@aol.com;mmills@klinefirm.org;sblethrow@klinefirm.org

Gary A. Bryant on behalf of Millennium Multiple Employer Welfare Benefit Plan
gbryant@mswerb.com

Jeffrey D Cawdrey on behalf of Creditor Wilshire-Pennington Group
jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Irena Damnjanoska on behalf of Creditor Aviva USA Corp.
idamnjanoska@fellerssnider.com, irena.fs@gmail.com;choward@fellerssnider.com

Layla J Dougherty on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
ldougherty@mswerb.com, swilliams@mswerb.com

Joseph A Friedman on behalf of 3rd Pty Defendant Aviva Life and Annuity Company
ecf@krcl.com, jfriedman@krcl.com

O. Clifton Gooding on behalf of Creditor, Ray Faris, Inc.
cgooding@goodingfirm.com; bstubblefield@goodingfirm.com; ocgood@aol.com;
noakes@goodingfirm.com; astuteville@goodingfirm.com

Douglas N. Gould on behalf of Attorney, Douglas N. Gould
dg@dgouldlaw.com; dgould@ecf.epiqsystems.com; julie@dgouldlaw.com

Herbert M Graves on behalf of Creditor Expert Radiology Network, PA
herbert.graves@thegraveslawfirm.com, hgravesxl@aol.com

Joel C. Hall on behalf of Creditor The Pasha Group
joel@lawokc.com, brandy@lawokc.com

Chet Harrod and Rebecca H. Harrod on behalf of J.B. McHugh
bharrod@harrodlaw.com

Robert J. Haupt on behalf of Creditor Republic Bank & Trust
rjhaupt@phillipsmurrah.com, iamatthews@phillipsmurrah.com;jledwards@phillipsmurrah.com

John B. Heatly on behalf of Creditor Penn Mutual Life Insurance
jheatly@fellerssnider.com, sshahan@fellerssnider.com;mbellar@fellerssnider.com

G. Rudy Hiersche on behalf of Creditor Scott Ridge
rudy@hlfokc.com, robin@hlfokc.com

William H. Hoch on behalf of Creditor American General Life Insurance Company
hochw@crowedunlevy.com, donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

John E. Howland on behalf of Creditor Guardian Life Insurance Company of America
johnh@rfrlaw.com

Lawrence A.G. Johnson on behalf of Creditor, Larry Cress
tendalla@aol.com

R. Keith Johnston on behalf of 3rd Party Plaintiff Aviva Life and Annuity Company
kjohnston@wbsvlaw.com, mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com;
jstenson@wbsvlaw.com;mwoods@wbsvlaw.com

James Michael Vaughan on behalf of Creditor Aviva USA Corp.
mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com;jstenson@wbsvlaw.com;
mwoods@wbsvlaw.com

John Justin Johnston on behalf of  Interested PartyDavid Cline
jjohnston@whmlaw.net, bwalters@whmlaw.net, juliebaswell@whmlaw.net

William E. Kelleher, Jr. on behalf of Creditor A & C Holding, Inc.
wkelleher@cohenlaw.com; mgraeb@cohenlaw.com; bfilings@cohenlaw.com

Timothy Kline on behalf of Creditor Milliman Inc.
tkline@klinefirm.org, sblethrow@klinefirm.org;klinefirm@aol.com

David Kriewaldt on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
dkriewaldt@robertsmarkel.com

Kyung S Lee on behalf of Creditor Diamond McCarthy LLP
klee@diamondmccarthy.com, cburrow@diamondmccarthy.com;blewis@diamondmccarthy.com

Fred A. Leibrock on behalf of Creditor Republic Bank & Trust et al.
faleibrock@phillipsmurrah.com, knogle@phillipsmurrah.com;ecf@phillipsmurrah.com

Brandon Lewis on behalf of Creditor Diamond McCarthy LLP
blewis@diamondmccarthy.com

Erin K Lovall on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
elovall@fslhlaw.com, pfranklin@fslhlaw.com;dskierski@fslhlaw.com;mholmes@fslhlaw.com

Janice D. Loyd on behalf of Creditor, Fownes Bros. & Co., Inc.
dkltrustee@bellinghamloyd.com; jloyd@ecf.epiqsystems.com

Eric D Madden on behalf of Creditor Diamond McCarthy LLP
emadden@diamondmccarthy.com; cburrow@diamondmccarthy.com;
dblake@diamondmccarthy.com

John M Malesovas on behalf of Creditor A&S Masonry, Inc. d/b/a D&R Masonry et al.
john@malesovas.com, marisela@malesovas.com

Robert B Millner on behalf of Creditor American General Life Insurance Company
robert.millner@snrdenton.com

Stephen J. Moriarty on behalf of Creditor Aviva USA Corp.
smoriarty@fellerssnider.com, choward@fellerssnider.com

Kiran A. Phansalkar on behalf of Creditor Committee Official Unsecured Creditors' Committee
kphansalkar@cwlaw.com, lskinner@cwlaw.com;OKC_ECF@cwlaw.com

Mark B. Rabe on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
mrabe@robertsmarkel.com

Ivan J Reich on behalf of Creditor Covered Employers et al.
Ivan.Reich@Gray-Robinson.com, andrea.brodsky@gray-robinson.com;
susan.stirling@gray-robinson.com

Ian E. Roberts on behalf of Other Professional, Grant Thornton, LLP
ian.roberts@bakerbotts.com; jack.kinzie@bakerbotts.com

Thomas E Robertson on behalf of Interested Party Lisa Key,  and Interested Party, William L.
Jackson, trobertson@prbslaw.com

G. Blaine Schwabe on behalf of Millennium Multiple Employer Welfare Benefit Plan et al.
gschwabe@mswerb.com, swilliams@mswerb.com

Robert N. Sheets on behalf of Creditor Republic Bank & Trust
rnsheets@phillipsmurrah.com, glmelson@phillipsmurrah.com

Lu Ann Stout on behalf of Creditor Wilshire-Pennington Group
LuAnnStout@HoldenLitigation.com, hm@HoldenLitigation.com

Jeffrey E. Tate on behalf of Creditor The Pasha Group
jtate@lawokc.com

Mark B. Toffoli on behalf of Creditor Charles J. Monier, Jr., M.D.,LLC
mtoffoli@andrewsdavis.com

U.S. Trustee
Ustpregion20.oc.ecf@usdoj.gov

Anthony L. Vitullo on behalf of Creditor A&S Masonry, Inc. d/b/a D&R Masonry
lvitullo@feesmith.com, wlyon@feesmith.com;mspurgeon@feesmith.com;
lrichards@feesmith.com

David VonHartitzch on behalf of Interested Party D/A Financial Group, Inc.
dvonhartitzsch@barberbartz.com; selrod@barberbartz.com

Philip O Watts on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
wattslawoffices@coxinet.net

Gregg S Weinberg on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
gweinberg@robertsmarkel.com, mrichards@robertsmarkel.com; mrabe@robertsmarkel.com;
dkriewaldt@robertsmarkel.com

Bryan Joseph Wells on behalf of Creditor Committee Official Unsecured Creditors' Committee
bwells@cwlaw.com, OKC_ECF@cwlaw.com;scanfield@cwlaw.com

Richard D. White on behalf of Creditor A California LLC
rwhite@barberbartz.com, ahail@barberbartz.com

Jeffery K Work on behalf of Creditor Wilshire-Pennington Group
jwork@gordonrees.com, lroberts@gordonrees.com;prodriguez@gordonrees.com

James R. Wyrsch on behalf of Interested Party David Cline
jimwyrsch@whmlaw.net, bwalters@whmlaw.net, juliebaswell@whmlaw.net

   I further certify that the above-referenced document was served via the United States
Postal Service, postage prepaid, on the 24th day of March, 2011 as follows:

George R Abramowitz  and Mark Allison on behalf of Debtor Millennium Multiple Employer
Welfare Benefit Plan
Dewey & LeBoeuf LLP
1101 New York Avenue, N.W.
Washington, DC 20005-4213

Hisham M Amin, Lars C Golumbic, Katherine S Kamen & Edward A. Scallett on behalf of
Debtor Millennium Multiple Employer Welfare Benefit Plan
Groom Law Group
1701 Pennsylvania Ave – Suite 1200
Washington, DC 20006-5811

Johnathan Malcolm Bailey on behalf of Creditor Ray Faris, Inc.
Bailey & Bailey, P.C.
230 Pereida Street
San Antonio, TX 78210-1145

Lee E. Bains & Stephen C Jackson on behalf of Creditor American General Life Insurance Company
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Kathryn E. Barnett
1650 One Nashville Place
150 Fourth Avenue N.
Nashville, TN  37219

Kathleen Barrow on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
Jackson Lewis, LLP
1415 Louisiana -- Suite 3325
Houston, TX 77002-7332

Amy Boyea on behalf of Creditor Penn Mutual Life Insurance Company
2000 East Lamar Blvd., Suite 600
Arlington, TX 76006

D. Michael Burke
1603 Cambridge Oaks Cir.
Houston, TX  77094

C Larry Carbo on behalf of Creditor Texas Engineering and Mapping Company
Chamberlain, Hrdlicka, White,
Williams & Martin
1200 Smith Street Suite 1400
Houston, TX 77002

Karan Cummings Ciotti on behalf of Creditor Guardian Life Insurance Company of America
Ogden Gibson Broocks Longoria & Hall
1900 Pennzoil South Tower
711 Louisiana St
Houston, TX 77002

Randy Coleman on behalf of Creditors Harvey Preston Electric Company, Inc., Gerald Thomas and Brinda Thomas
Jack, Nelson, Jones, Jiles & Gregory, P.A.
2800 Cantrell Road, Suite 500
Little Rock, AR   72202-2043

T. David Cowart on behalf of Creditor American General Life Insurance Company
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201

John Meritt Crosby  and Brian A. Kilmer on behalf of Phoenix Home Life Variable Insurance Company
Okin Adams & Kilmer LLP
3102 Maple Avenue -- Suite 240
Dallas, TX 75201

Benjamin Curti
2228 W. Zumwalt
Tulare, CA 903274

Ken Curti
5849 W. Elowin Dr.
Visalia, CA 93291

Phillip Curti
3235 Avenue 199  #B
Tulare, CA  93274

Jeffrey Alan Dunham
10251 Vista Sorrento Parkway, No. 200
San Diego, CA  92121

Jeffrey Epstein
Pamela Epstein
1015 Redcedar Lane
Houston, TX  77094

Steven A. Felsenthal  and Jacob Newton on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street -- Suite 2200
Dallas, TX 75201

Thomas S. Gluckman
16 E. 34th Street, 5th Floor
New York, New York 10016

Robert Goldstein, CPA
2603 Augusta Drive, Suite 1100
Houston, TX  77057-5639

John Goyak
6720 Via Austin Parkway, Suite 400
Las Vegas, NV 89119

Mark Grossberg and David Furlow on behalf of Debtor Millennium Multiple Employer Welfare
Benefit Plan
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002

Robert J Haeger on behalf of Creditor Montgomery Lighting
11403 Seneca Forest Circle
Germantown, MD 20876

Basel Hassoun
5617 Normandy Terrace
Oklahoma City, OK  73142

Internal Revenue Service
Ogden, UT  84401

Internal Revenue Service
Mailstop 5024 OKC
55 North Robinson
Oklahoma City, OK  73102

Internal Revenue Service
P.O. Box 21125
Philadelphia, PA  19114

Internal Revenue  Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA  19104-5016

Carol E Jendrzey on behalf of Creditor Padgett, Strateman & Co., L.L.P.
Cox Smith Matthews Inc
112 E Pecan St – Suite 1800
San Antonio, TX 78205

Juli Jesson
c/o Christina Economou

370 S. Main Street
Yuma, AZ  85364

Dale Ossip Johnson on behalf of Creditor Larry Cress
The Johnson Firm, P.L.L.C.
PO Box 427
Cedar Park, TX 78630-0427

Tony Juneau on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
Mitchell Williams Selig Gates & Woodyard
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758-8131

Timothy Quaid Karcher on behalf of Debtor Millennium Multiple Employer Welfare Benefit
Plan
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Gary Kessler & Bryon L. Romine on behalf of Creditor D-A Financial Services and
Interested Party D/A Financial Group, Inc.
2100 Ross Avenue, Suite 750
Dallas, TX 75201-2717

Vivek Khetpal
1275 Mockingbird Drive
Durant, OK  734701

Kurtzman Carson Consultants LLC,
2335 Alaska Avenue
El Segundo, CA  90245

Thomas A Labuda and Christopher D. Soper on behalf of Creditor American General Life
Insurance Company
233 S Wacker Drive, Suite 7800
Chicago, IL 60606

Lester Lewis
9821 Spring Hill Drive
Anchorage, AK  99507

John J Little on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
Little Pedersen Fankhauser L.L.P.
901 Main Street, Suite 4110
Dallas, TX 75202

David Marcus on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
Marcus & Cinelli LLP
2821 Wehrle Dr., Suite 3
Williamsville, NY 14221

Michael P. Massad on behalf of Creditor Guardian Life Insurance Company
1201 Elm Street, Suite 5400
Dallas, TX 75270

Travis R McDonough on behalf of Interested Party David Cline
Suite 1000 Volunteer Building
832 Georgia Ave
Chattanooga, TN 37402

J. David McDowell on behalf of Interested Party AVIVA Life and Annuity Company
315 Deadrick Street -- Suite 1800
Nashville, TN 37238

David McDowell on behalf of Creditor Penn Mutual Life Insurance Company
3200 Southwest Freeway, Suite 2920
Houston, TX 77027

J Brandon McWherter on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
Gilbert Russell McWherter PLC
101 N Highland Avenue
Jackson, TN 38301

R. Timothy Muth on behalf of Creditor Milliman Inc.
1000 North Water St --  Suite 1700
Milwaukee, WI 53202

Office of the U.S. Trustee
Charles E. Snyder
215 Dean A. McGee, 4th Floor
Oklahoma City, OK  73102

Matthew S. Okin on behalf of Creditor Phoenix Home Life Variable Insurance Company
Okin Adams & Kilmer LLP
1113 Vine Street -- Suite 201
Houston, TX 77002

Oklahoma Insurance Department
Ms. Kim Holland, Commissioner
2401 N.W. 23rd, Ste. 28
Oklahoma C ity, OK  73107

Oklahoma Tax Commission
P.O. Box 26860
Oklahoma City, OK  73126-0860

Oklahoma Tax Commission
P.O. Box 26850
Oklahoma City, OK  73126-0850

Oklahoma Tax Commission
P.O. Box 26920
Oklahoma City, OK  73126

Oklahoma Tax Commission
Legal Division
120 N. Robinson Ave. – Suite 2000W
Oklahoma City, OK  73102

Rhonda D. Orin on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
Anderson, Kill & Olick, L. L. P.
1717 Pennsylvania Avenue NW -- Suite 200
Washington, DC 20006

James E. Palinkas on behalf of Grant Thornton, LLP
J.E. Palinkas, P.C.
318 N. Broadway
Shawnee, OK  74801

Adria S Price on behalf of Official Unsecured Creditors' Committee
Price & Associates LLC
PO Box 100
Santa Claus, IN 47579

Robert L. Rattet & Scott A. Steinberg on behalf of Creditor Fownes Bros. & Co., Inc.,
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Robert Redding on behalf of Interested Party AVIVA Life and Annuity Company
464 N Parkway Suite A
Jackson, TN 38305

John F Redwine on behalf of Creditor A&S Masonry, Inc. d/b/a D&R Masonry
13155 Noel Road Suite 1000
Dallas, TX 75240

Thomas E Robertson, Jr. on behalf of Interested Party Lisa Key

PO Box 848
Fort Smith, AR 72902

Edward L. Rothberg & Melissa A. Haselden on behalf of  Dr. Eric A. Marks, M.D., P.A.
Hoover Slovacek LLP
5847 San Felipe – Suite 2200
Houston TX  77042

Patrick M. Ryan on behalf of Interested Party, David Cline
Ryan Whaley Coldiron & Shandy
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73102

James Soyka
4658 White Oak Lane
Racine, WI  53403

Fred Steinberg
3848 Fau Blvd., Suite 200
Boca Raton, FL 33431

Marvin Triplett
Rosalind Triplett
1115 Gemini Ave.
Houston, TX  77058

Shahe E. Vartivarian
15655 Walkwood Drive
Houston, TX  77079

Shahe E. Vartivarian
c/o Salpi Vartivarian
7777 Southwest Freeway, Ste. 610
Houston, TX  77074

Edward Urquhart on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
8811 Westheimer, Suite 206
Houston, TX 77063

U.S. Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK  73102

U.S. Department of Labor
Timothy Hauser, Associate Solicitor
Plan Benefits Security Division
200 Constitution Ave., N.W.
Washington, DC  20210

U.S. Department of Labor
Hilda Solis, Secretary of Labor
200 Constitution Ave., NW
Washington, DC  20210

Nelson Dean Skyler and Tarush R. Anand on behalf of
Creditors, Timothy O'Rourke and Pamela O'Rourke
Brown Sims, P.C.
1177 West Loop South, 10th Floor
Houston, TX  77027-9007

Hugh M. Cunningham, Inc.
c/o Dan Townsend
13755 Benchmark Drive
Dallas, TX  75234

Legal Reprographics, Inc.
c/o Steven Beaver
13151 Stone Canyon Road
Poway, CA 92064-2175

T. Matera & Associates, Inc.
c/o Tom Matera
1518 Herbert Street
Downers Grove, IL 60515

*s/ William H. Hoch III*

William H. Hoch III
